No. 66050.—Russell & Hathaway Enterprises *v.* United States, protest 58/23637 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of golf caddy carts similar in all material respects to those the subject of Abstract 64052, the claim of the plaintiff was sustained.

No. 66051.—Joseph A. Paredes and Cara Supply et al. *v.* United States, protests 59/21860, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of coffee brewers the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiffs was sustained.

No. 66052.—Border Brokerage Company *v.* United States, protest 58/10102 (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper toweling similar in all material respects to that the subject of *United States* v. *Border Brokerage Company* (48 C.C.P.A. 38, C.A.D. 760), the claim of the plaintiff was sustained.

No. 66053.—Border Brokerage Co. *v.* United States, protests 58/10103 and 58/10104 (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper toweling similar in all material respects to that the

subject of *United States* v. *Border Brokerage Company* (48 C.C.P.A. 38, C.A.D. 760), the claim of the plaintiff was sustained.

**No. 66054.**—W. J. Byrnes & Co. and Crown Zellerbach Corp. *v.* United States, protests 59/7716, etc. (Los Angeles).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of paper toweling similar in all material respects to that the subject of *United States* v. *Border Brokerage Company* (48 C.C.P.A. 38, C.A.D. 760), the claim of the plaintiffs was sustained.

**No. 66055.**—American Customs Brokg. Company, for acct. of Manufacturers Imports, Inc. *v.* United States, protest 316809–K (Honolulu).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiff was sustained.

**No. 66056.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 60/27501 (New York).

Opinion by RAO, J.   It appearing that the protest was prematurely filed under section 514, Tariff Act of 1930, the motion to dismiss was granted.

BEFORE THE THIRD DIVISION, SEPTEMBER 12, 1961

**No. 66057.**—B. Altman & Co. et al. *v.* United States, protests 60/8798, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of vitrified decorated bowls similar in all material respects to those the subject of Abstract 50327, the claim of the plaintiffs was sustained.